UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN WYNN,

                Plaintiff,

vs.

               Civil Action No.: 06-CV-1145
               (FJS/RFT)

NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK),

                Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their respective counsel, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a guardian or committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party as against the other.

Dated: June 18, 2008

By: _____
Richard P. Feirstein, Esq.
Bar Roll No. 103539
Attorney for Plaintiff
600 Broadway
Albany, NY 12207

Dated: June 18, 2008

By: _____
Glen P. Doherty, Esq.
Bar Roll No. 501591
Attorneys for Defendant
McNamee, Lochner, Titus & Williams, P.
677 Broadway
Albany, NY 12207

Dated: 6/24, 2008

SO ORDERED.

_____
U.S. District Judge

{M0161289.1}